VERNON FRANCIS, a/k/a VERNON FRANCIS WITT, BY HIS GRANDPARENT AND NATURAL GUARDIAN, MARIE ELSIE FRANCIS AND MARIE ELSIE FRANCIS, INDIVIDUALLY, ROBERT B. TURK, LIMITED GUARDIAN OF THE PROPERTY OF THE INFANT, VERNON WITT, PLAINTIFF-APPELLANT, v. WILLIAM HARRIS AND JOSEPH SAMUEL WILLIAMS, DEFENDANTS, AND ESSEX COUNTY WELFARE BOARD, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued October 28, 1968—Decided November 8, 1968.

Before Judges SULLIVAN, FOLEY and LEWIS.

*Mr. Robert B. Turk* argued the cause *pro se* for appellant (*Messrs. Cohn & Turk,* attorneys).

*Mr. Felix A. Martino* argued the cause for respondent (*Mr. John A. Matthews, Jr.,* attorney).

PER CURIAM. We are in full agreement with Judge Ackerman's opinion in this matter reported at 100 *N. J. Super.* 313 (*Law Div.* 1968), and affirm for the reasons stated therein.
Affirmed.